**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| JEREMY EUGENE DARITY, | : | |
| Plaintiff, | : | |
| VS. | : | |
| Sheriff CHRIS PRINE, *et al..* | : | NO. 7:11-CV-72 (HL) |
| Defendants. | : | |
| | : | **O R D E R** |

By Order dated June 13, 2011 (Doc. 4), the Court directed *pro se* Plaintiff **JEREMY EUGENE DARITY**, then a prisoner at the Lowndes County Jail, to pay an initial partial filing fee of $5.00. After the Court learned that Plaintiff had been transferred to the Georgia Diagnostic and Classification Prison on June 30, 2011, the Court sent a subsequent Order (Doc. 5) to Plaintiff at that prison, which similarly instructed Plaintiff to pay the $5.00 fee. Plaintiff was expressly informed in both Orders that if he failed to comply with the Court's directive, his case would be dismissed. To date, Plaintiff has failed to pay the fee or otherwise respond to either of this Court's Orders.

In light of the foregoing, it is hereby **ORDERED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 29th day of July, 2011.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr